**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____

Chapter you are filing under:
- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Kenneth** <br> First name <br><br> **Dewayne** <br> Middle name <br><br> **Vereen** <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **DBA  Signature Salon** <br> **DBA  Elite Mobile Hair Servicing** |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-5074 |  |

Debtor 1  **Kenneth Dewayne Vereen**  Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |
| **5. Where you live** | **3106 Trevor Street**<br>**Nashville, TN 37209**<br>Number, Street, City, State & ZIP Code<br><br>**Davidson**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ |

Debtor 1   **Kenneth Dewayne Vereen**    Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

- ■ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  **Kenneth Dewayne Vereen**     Case number *(if known)*

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No. Go to Part 4.

☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

■ No.

☐ Yes.

What is the hazard?

If immediate attention is needed, why is it needed?

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

Where is the property?

Number, Street, City, State & Zip Code

Debtor 1 **Kenneth Dewayne Vereen**  Case number *(if known)*

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1   **Kenneth Dewayne Vereen**                                              Case number *(if known)*

**Part 6:    Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**Part 7:    Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Kenneth Dewayne Vereen**

**Kenneth Dewayne Vereen**
Signature of Debtor 1

Signature of Debtor 2

Executed on   **February  5, 2025**
                       MM / DD / YYYY

Executed on   _____
                       MM / DD / YYYY

| | |
|---|---|
| Debtor 1 **Kenneth Dewayne Vereen** | Case number *(if known)* |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Keith Edmiston**  Date  **February 5, 2025**
Signature of Attorney for Debtor           MM / DD / YYYY

**Keith Edmiston**
Printed name

**Clark & Washington, PC**
Firm name

**1321 Murfreesboro Pike, Suite 320**
**Nashville, TN 37217**
Number, Street, City, State & ZIP Code

Contact phone **615-251-9782**      Email address **cwnashvilleecf@cw13.com**

**018366 TN**
Bar number & State

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth** First Name | **Dewayne** Middle Name | **Vereen** Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# B 104

For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                    12/15

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
**Advance Financial**
**100 Oceanside Drive**
**Nashville, TN 37204**

What is the nature of the claim? **Loan**   **$7,818.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact
Contact phone

**2**
**Arhaus/Comenity Bank**
**Bankruptcy Department**
**PO Box 182125**
**Carrollton, TX 75006**

What is the nature of the claim? **Credit Card**   **$14,735.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -

Contact

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Case 3:25-bk-00485   Doc 1   Filed 02/05/25   Entered 02/05/25 11:02:04   Desc Main
Document    Page 8 of 18

| Debtor 1 | **Kenneth Dewayne Vereen** | Case number *(if known)* | |
|---|---|---|---|
| | Contact phone | Unsecured claim | |

### 3

**CarMax Auto Finance**
**225 Chastain Meadows Court**
**Ste. 210**
**Kennesaw, GA 30144-5841**

What is the nature of the claim?  **2017 Ford F-150 65000 miles VIN 1FTEW1EP7HKC31560 XLT**  $10,000.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ■ Yes. Total claim (secured and unsecured)  $34,000.00
  - Value of security:  - $24,000.00
  - Unsecured claim  $10,000.00

Contact

Contact phone

### 4

**Centennial Medical Center**
**c/o Medicredit**
**PO Box 505600**
**Saint Louis, MO 63150**

What is the nature of the claim?  **Collections**  $5,549.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:  -
  - Unsecured claim

Contact

Contact phone

### 5

**Credit One Bank**
**6801 S. Cimaron Rd**
**Las Vegas, NV 89113**

What is the nature of the claim?  **Credit Card**  $2,500.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:  -
  - Unsecured claim

Contact

Contact phone

### 6

**Erie Insurance Exchange**

What is the nature of the claim?  **Auto Insurance Subrogation**  $2,098.00

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 2

Case 3:25-bk-00485   Doc 1   Filed 02/05/25   Entered 02/05/25 11:02:04   Desc Main
Document   Page 9 of 18

Debtor 1 **Kenneth Dewayne Vereen**  Case number *(if known)*

**c/o SubroIQ**
**PO Box 6228**
**Hermitage, PA 16148**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**7**

**Evans Glass Company**
**c/o Barry Gammons**
**2004 21st Ave S**
**Nashville, TN 37212**

**What is the nature of the claim?** **Judgement** **$3,966.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**8**

**Extreme Electric Inc**
**3755B Dickerson Pike**
**Nashville, TN 37207**

**What is the nature of the claim?** **Account** **$6,037.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**9**

**First Horizon Bank**
**c/o Weltman, Weinberg, & Reis Co**
**5475 Rings Road**
**Suite 200**
**Dublin, OH 43017**

**What is the nature of the claim?** **Collections** **$44,016.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -

Contact

B 104 (Official Form 104)     **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     **Page 3**

Case 3:25-bk-00485   Doc 1   Filed 02/05/25   Entered 02/05/25 11:02:04   Desc Main
Document   Page 10 of 18

| Debtor 1 | Kenneth Dewayne Vereen | Case number *(if known)* | |
|---|---|---|---|
| | Contact phone | Unsecured claim | |

**10**

**Heights Finance Corporation**
**301 N Main Street**
**Ste 2300**
**Greenville, SC 29601**

**What is the nature of the claim?**  **2016 Landrover Discovery Does not run**  **$58,267.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured) **$61,267.00**
  - Value of security: - **$3,000.00**
  - Unsecured claim **$58,267.00**

Contact

Contact phone

---

**11**

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101**

**What is the nature of the claim?**  **Income Taxes**  **$60,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**12**

**Lendmark Financial Services**
**1801 8th Ave South**
**Suite 100**
**Nashville, TN 37203**

**What is the nature of the claim?**  **Lawsuit**  **$7,536.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**13**

**Liberty Mutual**
**PO Box 52102**
**Phoenix, AZ 85072**

**What is the nature of the claim?**  **Liability for automobile accident**  **$2,500.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- Unliquidated

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    **Page 4**

Case 3:25-bk-00485    Doc 1    Filed 02/05/25    Entered 02/05/25 11:02:04    Desc Main
Document    Page 11 of 18

Debtor 1  **Kenneth Dewayne Vereen**  Case number *(if known)*

■
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                                          -
   Unsecured claim

Contact

Contact phone

| 14 | **Merrick Bank**<br>**PO Box 660702**<br>**Dallas, TX 75266** | **What is the nature of the claim?** **Credit Card** $2,491.00 |

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                                          -
   Unsecured claim

Contact

Contact phone

| 15 | **Mission Lane LLC**<br>**P.O. Box 105286**<br>**Atlanta, GA 30348** | **What is the nature of the claim?** **Credit Card** $3,336.00 |

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                                          -
   Unsecured claim

Contact

Contact phone

| 16 | **Onemain**<br>**PO Box 64**<br>**Evansville, IN 47701** | **What is the nature of the claim?** **Loan** $13,000.00 |

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                                          -
   Unsecured claim

Contact

Contact phone

B 104 (Official Form 104)   **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   Page 5

Case 3:25-bk-00485   Doc 1   Filed 02/05/25   Entered 02/05/25 11:02:04   Desc Main
Document   Page 12 of 18

| 17 | **PayPal/Synchrony Bank**<br>**Attn: Bankruptcy Dept**<br>**PO Box 71783**<br>**Philadelphia, PA 19176** |
|---|---|

**What is the nature of the claim?** **Credit Card** $6,817.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact
Contact phone

| 18 | **Small Business Administration**<br>**2 North 20th Street**<br>**Ste. 320**<br>**Birmingham, AL 35203** |
|---|---|

**What is the nature of the claim?** **Loan** $289,051.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact
Contact phone

| 19 | **Small Business Administration**<br>**233 Peachtree Center Ave NE**<br>**Atlanta, GA 30303** |
|---|---|

**What is the nature of the claim?** **Loan** $185,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact
Contact phone

| 20 | **Snap Finance**<br>**c/o Debt Recovery Solutions LLC**<br>**PO Box 9003**<br>**Syosset, NY 11791** |
|---|---|

**What is the nature of the claim?** **Collections** $3,401.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
No

B 104 (Official Form 104)  **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**  **Page 6**

Case 3:25-bk-00485    Doc 1    Filed 02/05/25    Entered 02/05/25 11:02:04    Desc Main
Document    Page 13 of 18

| Debtor 1 | Kenneth Dewayne Vereen | Case number *(if known)* | |
|---|---|---|---|

| | | ☐ | Yes. Total claim (secured and unsecured) | |
| Contact | | ■ | Value of security: | - |
| Contact phone | | | Unsecured claim | |

## Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Kenneth Dewayne Vereen**  
**Kenneth Dewayne Vereen**  
Signature of Debtor 1

X _____  
Signature of Debtor 2

Date **February 5, 2025**

Date _____

B 104 (Official Form 104)  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  Page 7

Case 3:25-bk-00485   Doc 1   Filed 02/05/25   Entered 02/05/25 11:02:04   Desc Main
Document    Page 14 of 18

KENNETH DEWAYNE VEREEN
3106 TREVOR STREET
NASHVILLE TN 37209

KEITH EDMISTON
CLARK & WASHINGTON, PC
1321 MURFREESBORO PIKE, SUITE 320
NASHVILLE, TN 37217

ADVANCE FINANCIAL
100 OCEANSIDE DRIVE
NASHVILLE TN 37204

ANESTHESIA MEDICAL GROUP
2630 ELM HILL PK
SUITE 350
NASHVILLE TN 37214

ARHAUS/COMENITY BANK
BANKRUPTCY DEPARTMENT
PO BOX 182125
CARROLLTON TX 75006

ASSOCIATED PATHOLOGISTS
C/O FROST ARNETT
PO BOX 198988
NASHVILLE TN 37219-8988

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130

CARMAX AUTO FINANCE
225 CHASTAIN MEADOWS COURT
STE. 210
KENNESAW GA 30144-5841

CENTENNIAL MEDICAL CENTER
C/O MEDICREDIT
PO BOX 505600
SAINT LOUIS MO 63150

CITADEL SERVICING CORPORATION
P. O. BOX 100081
DULUTH GA 30096-9377

COSMOPROF REWARDS
PO BOX 183043
COLUMBUS OH 43218

CREDIT ONE BANK
6801 S. CIMARON RD
LAS VEGAS NV 89113

DAVIDSON COUNTY GENERAL SESSIONS
PO BOX 196304
NASHVILLE TN 37219

DEPARTMENT OF THE TREASURY
PO BOX 830794
BIRMINGHAM AL 35283

EMERGENCY MEDICINE SERVICES OF TN
C/O MEDICREDIT
PO BOX 505600
SAINT LOUIS MO 63150

ENTERPRISE RENT A CAR
C/O TRANSWORLD SYSTEMS INC
500 VIRGINIA DRIVE
SUITE 514
FORT WASHINGTON PA 19034

ERIE INSURANCE EXCHANGE
C/O SUBROIQ
PO BOX 6228
HERMITAGE PA 16148

EVANS GLASS COMPANY
C/O BARRY GAMMONS
2004 21ST AVE S
NASHVILLE TN 37212

EXTREME ELECTRIC INC
3755B DICKERSON PIKE
NASHVILLE TN 37207

FIRST HORIZON BANK
C/O WELTMAN, WEINBERG, & REIS CO
5475 RINGS ROAD
SUITE 200
DUBLIN OH 43017

HEIGHTS FINANCE CORPORATION
301 N MAIN STREET
STE 2300
GREENVILLE SC 29601

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101

KEVIN JONES
1801 8TH AVE. S.
SUITE 100
NASHVILLE TN 37203

LENDMARK FINANCIAL SERVICES
1801 8TH AVE SOUTH
SUITE 100
NASHVILLE TN 37203

LIBERTY MUTUAL
PO BOX 52102
PHOENIX AZ 85072

MACY'S
PO BOX 790003
SAINT LOUIS MO 63179

MERRICK BANK
PO BOX 660702
DALLAS TX 75266

MISSION LANE LLC
P.O. BOX 105286
ATLANTA GA 30348

ONEMAIN
PO BOX 64
EVANSVILLE IN 47701

OTOLARYNGOLOGY ASSOCIATES OF TN
C/O FOX COLLECTION CENTER
454 MOSS TRAIL
GOODLETTSVILLE TN 37072

PATH GROUP LABS
C/O FROST-ARNETT
P.O. BOX 198988
NASHVILLE TN 37219

PAYPAL/SYNCHRONY BANK
ATTN: BANKRUPTCY DEPT
PO BOX 71783
PHILADELPHIA PA 19176

PROGRESSIVE DIRECT INSURANCE CO
C/O RECEIVABLE MANAGEMENT SERVICES
PO BOX 5000
FOGELSVILLE PA 18051

RADIOLOGY ALLIANCE
C/O FROST-ARNETT
PO BOX 198988
NASHVILLE TN 37219

RADIOLOGY ALLIANCE
PO BOX 200627
DALLAS TX 75320

```
SMALL BUSINESS ADMINISTRATION
2 NORTH 20TH STREET
STE. 320
BIRMINGHAM AL 35203

SMALL BUSINESS ADMINISTRATION
233 PEACHTREE CENTER AVE NE
ATLANTA GA 30303

SMALL BUSINESS ADMINISTRATION
BANKRUPTCY DIVISION
P. O. BOX 20207
NASHVILLE TN 37202-0207

SNAP FINANCE
C/O DEBT RECOVERY SOLUTIONS LLC
PO BOX 9003
SYOSSET NY 11791

SPEEDY CASH
PO BOX 535
DUBLIN OH 43017

THE FRIST CLINIC
C/O MEDICREDIT
PO BOX 505600
SAINT LOUIS MO 63150

THE FRIST CLINIC INC
PO BOX 668
BRENTWOOD TN 37024-0668

TJX REWARDS/ SYNCHRONY BANK
ATTN: BANKRUPTCY DEPT
PO BOX 71783
PHILADELPHIA PA 19176

TRISTAR CENTENNIAL MEDICAL CENTER
PO BOX 290429
NASHVILLE TN 37229

UNITED STATES ATTORNEYS OFFICE
719 CHURCH STREET
SUITE 3300
NASHVILLE TN 37203-6940

US ANESTHESIA PARTNERS
PO BOX 2978
MUNCIE IN 47307

WILSON BANK & TRUST
623 W. MAIN ST.
PO BOX 768
LEBANON TN 37088
```